1    UNITED STATES DISTRICT COURT
2    for the
3
4    EASTERN DISTRICT OF VIRGINIA
5
6    Norfolk Division
7

FILED

JUN 2 3 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

8    **LEANDER FEREBEE SR.**
9    **914F CHUMLEY ROAD**
10   **PORTSMOUTH,VA 23701**
11
12   **PLAINTIFF**

13       **v**                          Civil Action No. 2:25cv379

14   **[Booking. com (USA) Inc.(Booking. Com)**
15   subsidiary of Booking Holdings:
16   **[28 LIBERTY ST FL 29, NEW YORK, NY 10005]**
17
18   **MARIA KHATLEEN M.- Booking. com employee**

19   **28 LIBERTY ST FL 29, NEW YORK, NY 10005**
20
21   **Hotel Five 44**
22   **544 W.48th Street ,NYC 10036**
23
24   DOMESTIC LIMITED LIABILITY COMPANY
     **THE LLC, C/O MANHATTAN MANAGEMENT GROUP**
     **142 West 57 Street 11th FL New NY 10019-owns 544 W.48th Street**
     **and or business there-Hotel Five 44**
25   **Barclays Bank Delaware**
26   **125 S. West Street,Wilmington,DE 19801**
27   **(302) 255-8000**
28
29   **Experian**
30   **P.O. Box 4500**
31   **Allen TX 75013**
32
33   **Equifax**
34   **P.O. Box 740256**
35   **Atlanta GA 30374-0256**
36
37   **Trans Union, LLC**
38   **Consumer Dispute Center**
39   **P.O. Box 2000**
40   **Chester ,PA 19016**

1

1
2
3
4 **DEFENDANT(S)**
5

6 <u>**JURISDICTION AND VENUE**</u>

7      1. This Court has jurisdiction over this action pursuant to  28 USC 1332 (a)(1)

8      2.Venue is proper in this district pursuant to 28 U.S.C. 1391 (a)(1)(2)(a

9                          **COMPLAINT FOR:**
10                         **1.DISCRIMINATION**
11                         **2.CONSPIRACY TO COMMITT**
12                         **. DISCRIMINATION,**
13                         **3.FRAUD**
14                         **4. CONSPIRACY TO COMMIT FRAUD**
15                         **5; BREACH OF CONTRACT**
16                         **6.CONSPIRACY TO BREACH CONTRACT**
17                         **7. DEFAMATION-LIBEL-SLANDER**
18                         **8. CONSPIRACY TO COMMIT DEFAMATION-LIBEL SLANDER**
19                         **9. FCRA (FAIR CREDIT REPORTING  ACT _ Violations**
20
21                         **JURY TRIAL DEMANDED**
22
23                         **COUNT I- Racial Discrimination <u>With Malice Intentional</u>**
24

25 This action is brought pursuant to **42 U.S. Code § 1981 - Equal rights under the law**

26      1.  When Plaintiff arrived at Hotel Five 44 at about 6:30-7:00 pm on 7/17/2024, <u>a very special day</u>

27          <u>for the Plaintiff</u> ,70[th] birthday with reservations paid in advance  for 4 nights/5 days and was

28          told after being seen through a glass door that he Plaintiff had no reservation,the person just

29          shook his head no <u>that's based on race because as Plaintiff sat in his car all night( 7/17-7/18 he</u>

30          <u>only saw non-blacks enter and exit the hotel.</u>

31      2.  Plaintiff had a question about race and expressed displeasure with a Booking. com to an

32          employee a day or so before arriving <u>I believe, Maria Khatleen M or another Booking. com</u>

2

1    employee. The Defendants discriminated against Plaintiff because he is black ,to this day no

2    one has told Plaintiff why he was locked out of Hotel Five 44 after prepayment for a room.

3    Someone could have said we are full, the hotel is flooded, the electricity is off,etc ,nothing.

4    **Hotel Five 44 only had 15 rooms**. See *Murrell v. Oce.an Mecca Motel, Inc.*, 262 F.3d 253 (4th

5    Cir. 2001)    **citation**

6    *3.    In this case above the original judge ruled in favor of the Defendants for racial*

7    *discrimination but it was overruled on appeal in favor of the Plaintiff ,blacks were evicted from*

8    *the motel for being black, on the other hand in this case Plaintiff was locked out of the hotel for*

9    *being black.* There are many more similar cases

10    **4.** Plaintiff was surprised, emotionally distressed, disappointed, humiliated and shocked because

11    payment was taken  about 3-4 days before arrival and there was not a problem that Plaintiff was aware

12    of.

13    5 . The person that came to the door seemed to be a young Asian male figure,after just seeing me he

14    appeared to talk to someone after I told him my name which he was not close enough to the door to

15    even hear my name, he had the same response, I had no reservation would not be let in ,by shaking his

16    head no.

17    6.  Plaintiff  immediately called the Booking. com who had booked the reservation and the female

18    representative whose name I learned is Maria Khatleen M. This lady hung the phone up on me

19    no less than 5 times stating she could not call me back but she made a mistake and called me

20    back once so she was not truthful about that. Phone records can  confirmed.

21    7.  Plaintiff feels discrimination was present during the email exchange with Booking. com

22    'representative and once Plaintiff arrived and was seen by the young man at Hotel Five 44.

23    Hotel Five 44 only has very limited rooms, if I had known that I would have never booked

24    there.

1    8.. Plaintiff was shocked having to sleep in his car after prepaying almost a thousand

2    dollars($926.69) to Booking. com/Hotel Five 44.,using plastic bottles as a bathroom. Sleeping

3    in a car  day or night in any city including NYC is very dangerous, unhealthy and unsafe,there

4    were periods of heavy rain showers that night. If Plaintiff had arrived by any means other than

5    his car Plaintiff would have been in the rain with luggage/boxes/bags and hotel-less.

6    9.After getting very little sleep in the car with very little food and water Plaintiff headed home

7    at about **five am** the next day 7/18/2024 with about a 9-10 hour drive wondering why and how

8    this  could happen .

9    10. After that night Booking .com  contacted Plaintiff by email **two days later on** 7/19/2024,

10   the email address was  non responsive meaning no one would get my response which means no

11   one wanted to hear from me ! Plaintiff was home ,was he suppose to sleep in his car another

12   two days/nights while waiting for people to response positively after being rejected initially?

13   **11.** DOMESTIC LIMITED LIABILITY COMPANY

   **THE LLC, C/O MANHATTAN MANAGEMENT GROUP** knew

   or should have known about Hotel 544 fraud, racist activities against Plaintiff and other consumers

   since this makes them just as guilty of racial discrimination and the other charges, it owns and or holds

   deed and or loan on the building /business at 544 W.48th Street and profits from its operations and the

   owner/operator owes property taxes in the tens of thousands to  New York City ( documented).

    **From Booking. com website -1H. Payments**

14   **There are three ways you might pay for your Booking:**

15   The Service Provider charges you at the Accommodation.

16   **The Service Provider charges you in advance. We (or our affiliate) will take your Payment**
17   **Method details and forward them to the Service Provider (the hotel).**

18   **We organize your payment to the Service Provider in advance. We (or our affiliate) will take your**
19   **Payment Method details and make sure the Service Provider is paid.**

4

1 **If you cancel a Booking or don't show up, any cancellation/no-show fee or refund will depend on**
2 **the Service Provider's cancellation/no-show policy.**

3 Plaintiff did everything the right way,paid in advance, he was failed by Hotel Five 44, Booking. com

4 and  Barclays Bank Delaware and all others active in this case on the basis of Conspiracy to Commit

5 Racial Discrimination , Racial Discrimination, Conspiracy to Commit Fraud, Fraud, Conspiracy to

6 Commit Breach Contract, Breach of Contract, Conspiracy to Defamation Libel,Slander Defamation

7 Libel Slander .Hotel 544, Booking. com,and Barclays Bank Delaware broke all their  internal rules,

8 guidelines concerning handling customers, guest and Federal Laws.

9 <center>**COUNT II  - Conspiracy to Commit  Racial Discrimination**</center>

10 <center>This action is brought pursuant to **42 U.S. Code § 1985(3)**</center>

11  In civil conspiracy, the plaintiff seeks to hold the defendant liable for an injury caused by a third party

12 who has acted in combination with the defendant for a common purpose that common purpose **is racial**

13 <center>**discrimination  . ,Plaintiff's case is identical ,  See case below**</center>

14 The damages for civil conspiracy "come from the underlying wrongful act, not the conspiracy itself.

15 See *Agar Corp., Inc. v. Electro Circuits Int'l, LLC*, 580 S.W.3d 136 (Tex. 2019)

16     1.  The  common  cause  here  is  **racial discrimination**  to deny Plaintiff access to Hotel 544

17         ,defendants Hotel Five 44, Booking.com ,Maria Khatleen M., DOMESTIC LIMITED

18         LIABILITY COMPANY **THE LLC, C/O** Manhattan Management Group is( just by being

19         an owner and or, loan holder and or deed holder is responsible for what happens within the

20         company and Booking. com conspired to discriminate  against Plaintiff based on his race,

21         black to deprive Plaintiff of his right to equal protection, fulfillment of contract for the

22         enjoyment of  life and relaxation  before Plaintiff arrived and after his arrival ,partly based

23         on a email conversation between Plaintiff and Booking. com representative about race and

24         displeasure with Booking. com, and seeing the Plaintiff in person at Hotel Five 44. All

25         ignored the Plaintiff's pleas for help, his right to stay in a room that he had already paid for

<center>5</center>

1        in advance. l Defendants Hotel Five 44, Booking. com and Barclays Bank Delaware all

2        <u>gained financially from Plaintiff without giving anything in return they have to work</u>

3        <u>together in order for them  to get paid, they used fraud ,racism ,conspiracy, breach of</u>

4        <u>contract,defamation and  violation of FCRA.</u>

5    2.  The Defendants are non-black the Plaintiff is black and all persons entering/exiting Hotel

6        544 from 7/17-/7/18,2024 were non-black.

7    3.  Booking .com , Maria Khatleen M.,Hotel Five 44, and Barclays Bank Delaware conspired

8        to racially discriminate against Plaintiff  by **<u>denying entrance and</u>**  or by performing an un

9        reasonable  or no investigation at all of  a legitimate dispute and or that Plaintiff was even in

10       NYC on 7/17/2024, their theory, Barclays Bank Delaware said Plaintiff was a no show

11       while Plaintiff talked on the phone to Maria Khatleen M.while standing outside of Hotel

12       Five 44  after being locked out (<u>there is GPS tracking to verify this</u>) That would mean that

13       Maria Khatleen of Booking .com believed Plaintiff was not in NYC/not at Hotel Five 44 as

14       she talked to /hung up the phone many times. There is no mention of no show to Plaintiff by

15       Hotel Five 44 or Booking.com to this day. The first time Plaintiff heard the no show is from

16       Barclays Bank Delaware. *See Brittian v. Extended Stay Am.*, 3:22-cv-663-MOC (W.D.N.C.

17       Apr. 26, 2024) *Plaintiff*  was marked as a no show in hotel computer system  while talking

18       to hotel front desk/while checking in .*This scam is often used* to get paid twice while only

19       one guest uses the room, the other is a false no show which is a scam,breach of contract and

20       fraud .

21    4.  See *Bowman v. Barclays Bank of Del.*, Civ. No. 19-830-LPS (D. Del. May. 26, 2020)

22        **\*,**Barclays racially discriminate against black employee while denying he was an employee

23        Defendant Barclays lost the argument and the case went forward for the black Plaintiff'.

5.This act was done with <u>malice,</u> based on Plaintiff's race and right to have free speech ( First Amendment Right (an email  conversation with Booking. com's representative Maria Khatleen M  or another representative <u>about race and being displeased with Booking. com about cancellation of another hotel )</u> , being a black person and having rights to not be treated unfairly.

6. The conversation about race  with Booking. com was passed on to Hotel 544( a day before Plaintiff arrived so when the person at Hotel Five 44 saw Plaintiff he was <u>automatically rejected, breach of contract,conspiracy,racism.</u>

7. Plaintiff's female companion backed out of the trip the night before imagine having a female or children  using the bathroom in a car. <u>They did not care about me or whom ever my guest could have been</u>. Hotels and booking companies know or should know all about traveling including busy times and that trying to get a hotel room without a reservation in NYC for 4-5 days is **impossible** during the height of tourist season in July **<u>although Plaintiff went to a couple of hotels and was told no available rooms</u>** , this plot was started, planned against Plaintiff  with Booking. com and Hotel Five 44  to break the law,commit fraud  and violate the basic rights of the Plaintiff,to make Plaintiff suffer  plain and simple.

8 . Hotel 544 and Booking. com broke all of their and standard hotel reservation rules  by not providing Plaintiff a guaranteed room or a refund or a reasonable explanation as to why a room was not provided <u>even to this day.</u> (Emails confirm this)

**COUNT III- Breach of Contract- Intentional/Material/Reckless/Wanton Tort**

·This action is brought pursuant to- **41 U.S. Code § 6503 - Breach or violation of required contract terms**

7

1    *See-Dold v. Outrigger Hotel & Hawaii Hotels Operating Co.*, 54 Haw. 18, 501 P.2d 368 (Haw. 1972)

2    the Hawaii Supreme Court recognized that a plaintiff could bring a claim in tort where a contract is

3    breached **in "a wanton or reckless manner...." .What's more wanton/reckless than not**

4    **addressing,ignoring someone who has prepaid for a room and locking him outdoors to sleep in**

5    **hie car** Trial court refused to allow an instruction on the issue of punitive damages but permitted an

6    instruction on the issue of **emotional distress and disappointment.**

7    **The case below is a another of blacks being locked out of hotel after advance payment.**

8    *Ross v. Choice Hotels International, Inc.*, No. 2:10-cv-1098 (S.D. Ohio) **citation**

9    **This is a material breach, reckless/wanton-** Hotel Five 44 and Booking. com both completely

10    ignored the Plaintiff's plea for help to complete the legal contract agreed to,this is breach of contract

11    .1. After arriving in NYC at Hotel Five 44 Plaintiff talked to Maria Khatleen M. of Booking. com. This

12    lady hung the phone up repeatedly. **Plaintiff was rejected by Hotel Five 44 and Booking .com after**

13    **prepayment of hotel reservation,this is breach of contract**

14    •2. Plaintiff feels discrimination and conspiracy were also present. ( email exchange and lockout after

15    arriving. When Maria Khatleen M.,Booking. com employee was hanging up on Plaintiff saying she

16    was talking/communicating with Hotel Five 44 (email,phone records), Plaintiff only communicated

17    with Booking's representative and not Hotel Five44 after showing up at their door and being locked

18    out. Hotel Five 44 only **had 15 rooms** .Defendant Maria Khatleen M emailed Plaintiff(on a no

19    response email address **two days after rejecting** Plaintiff, where was Plaintiff suppose to s**leep for two**

20    **days? In his car!** ) instead of calling or texting, she did not want to talk to me. Emails that Plaintiff

21    received about two days after being back home again saying that Hotel Five 44 would call me in 45

22    minutes that night 7/17/2024 , which was part of the whole lie. (emails can confirm/Booking.com's

23    **(email from Booking.com/Maria Khatleen ,the last one on 7/17/2024 at about 7:52pm, says Hotel**

1  **Five 44 can not accommodate Plaintiff on 7/17/2024 before that email was a  reservation**

2  **confirmation email , with no explanation that's breach of contract.)** Plaintiff had to sleep in his

3  car,planned by Defendants )

4  3. The next email(s)( here comes the FAKE damage control done with malice discrimination and hatred

5  that Plaintiff received 2 days later, 7/19/2024 **came from a virtual** assistant AI( **artificial**

6  **intelligence) not from a person/human who could answer questions, offering to get Plaintiff back**

7  **on track after 2 days, Plaintiff was safely back at home. This was all planned by Marie MARIA**

8  **KHATLEEN M.- Booking. com employee/Hotel Five 44. ( Charedi Family Wins Lawsuit Against**

9  **Booking.com** December 6, 2022 a Jerusalem family four women had to sleep on airport benches with a

10  **baby** after their negative COVID  test was rejected by the hotel, it was accepted by another hotel.

11  Booking.com was found guilty on various charges and had to compensate the families, at least they had

12  inside building cover Plaintiff was subject to much danger while sleeping in the car over night.

13  Plaintiff has not communicated with Hotel Five 44 or Booking .com since **7/17/2024.**

14  4.. Plaintiff has never experienced this before.,using plastic bottles as a bathroom. Sleeping in a car

15  day or night in any city including NYC is very dangerous, unhealthy and unsafe.

16  5.They planned to wreck and discriminate against Plaintiff started with Booking. com and Hotel Five

17  44 a day or so before Plaintiff's arrival,this was malice, intentional unlawful and cruel. See *NHC LLC v.*

18  *Centaur Constr. Co.*, 19 C 6332 (N.D. Ill. Mar. 15, 2023) citations

19  Defendants found guilty of breach of contract and fraud had to pay punitive damages

20  **COUNT IV-Conspiracy to Breach Contract**

21  **This action is brought pursuant to 42 U.S. Code § 1985(3)**

22  In civil conspiracy, the plaintiff seeks to hold the defendant liable for an injury caused by a third party

23  who has acted in combination with the defendant for a common purpose. of  **breach of contract** .See.

24  *Chu v. Hong* , 249 S.W.3d 441, 444–45

9

1. Meeting of the minds-Hotel Five 44 and Booking. com each refused to lawfully help the Plaintiff as he contacted each first Hotel Five 44 and then Plaintiff contacted Booking. com then Booking .com contacted Hotel Five 44,email documents(. Accordingly Hotel Five 44 has 8 deeds for this property that span from 2011 to 2024 they are in very heavy debt) .

2. By each communicating with Plaintiff, each other and both refusing to help the   Plaintiff both had a common purpose to enriched themselves  with Plaintiff's money and the Plaintiff got to sleep in his car **about 15 fee**t **from the Hotel Five 44**. Both committed discrimination ,conspiracy,fraud and  or breach of contract. .

3. If just one out of the **seven companies/persons** involved had just done what is humanly right and fair this would not be happening, instead they chose hate, dishonesty and greed!

·4.This plan was in the works long before Plaintiff's arrival partly because of email **between Plaintiff and Booking.com's representative about race and disappointment with Booking. Com and being rejected by Hotel Five 44  just by being seen.**

### COUNT V- Fraud-  Intentional (Tort) with/Malice

This action is brought pursuant to  **18 U.S. Code § 1341**

In law, **fraud** is intentional deception to secure unfair or unlawful gain, or to deprive a victim of a legal right. Fraud can violate civil law (e.g., a fraud victim may sue the fraud perpetrator to avoid the fraud or recover monetary compensation) or criminal law (e.g., a fraud perpetrator may be prosecuted and imprisoned by governmental authorities), or it may cause no loss of money, property, or legal right but still be an element of another civil or criminal wrong.[1] The purpose of fraud may be monetary gain or other benefits, for example by obtaining a passport, travel document, or driver's license, or mortgage fraud, where the perpetrator may attempt to qualify for a mortgage by way of false statements.[2]

When Plaintiff contacted Barclays Bank Delaware after returning home the representative mentioned payment was due, if she had checked my payment record she would have seen that Plaintiff always pay 1-4 days before due date .Plaintiff had just made a payment before calling Barclays Bank Delaware,this was 8/8/2024 one day before due date after that Plaintiff received a late payment notice which was

1    totally false. That was a great time to accuse a 13 year on time payment customer of non payment while

2      he is disputing another case. Why would Booking. com  do this to an on time customer for 13+

3   years,it's is a much better scam target because that customer wants to keep their great payment record!

4      Their payment accepting system can be made to reject payments and it did for Plaintiff on multiple

5      occasions which is fraud ,documented.  **No other creditor (s) has accused Plaintiff of missing or**

6      **being late on payments (documented,credit report)**company would not scam a customer who is

7   always late or does not pay that customer has no money, the customer like the Plaintiff who  is always

8    on time and has never missed a payment after 13 years., This is clearly an organized scheme/scam.

9         1.On or about  April 9, 2024 Defendant Barclays Bank Delaware **contacted** Plaintiff and

10       informed him that he was late on his payment  which had never happened in 13 years. Plaintiff

11       thinking he was late on his payment immediately

12       paid it plus a late fee totaling over $113 .After what happened next made Plaintiff began to

13       rethink the first so-called late payment.

14       **2.** On or about August 9,2024 Defendant Barclays Bank Delaware again claimed that Plaintiff

15       was late on another payment which was false and fraud ,**(Plaintiff has proof)**. Plaintiff did

16       some court research and found this is not the only time Defendants Barclays Bank Delaware

17       and Booking.com have defrauded customers.

18       3. These unlawful & criminal acts started against Plaintiff on or about April 9,2024 and

19       continued into 2025 which includes discrimination, fraud ,breach of contract ,RICO acts.

20        4. Plaintiff  was notified that his January payment was late/not paid so it rolled over into

21   February's 2025 payment of $171.09 which Plaintiff paid to get to this point, again on time  payment is

22   **documented.**

11

5. On or about 4/9/2025  Plaintiff was notified that his April 2025 payment was late so it was rolled over into May's 2025 **payment of  $164.18,** again this is false and produces fraud , , FCRA violations. Plaintiff is paying these false charges to show **corruption** .This has occurred 3+ times equals = **FRAUD**

6. Plaintiff again **has documented proof,** this hole of corruption is getting deeper!

7. **Plaintiff  is looking forward to fair compensation and damaged credit repaired. Before this corruption started Plaintiff's (credit score was between 779-800+) now as of  April 2025 it could be 500-650, maybe.**

8.  **Along with the false late/missed payments,Plaintiff is being charged more than the maximum late payment of $40.00-documented that is insult to injury.**

4.  **9. They are probably laughing at me , you know that saying about laughing at someone!!!**

See -Cases below Booking .com/Booking Holdings/Barclays & subsidiary guilty of fraud or reached settlement for millions of dollars

**Barclays settled a lawsuit of fraud against its shareholders for million of dollars!**

*In re Barclays PLC Sec. Litig.*, 22 Civ. 8172 (KPF) (S.D.N.Y. Feb. 23, 2024) **citation**

*See Brittian v. Extended Stay Am.*, 3:22-cv-663-MOC (W.D.N.C. Apr. 26, 2024) **citation**

Similar to Plaintiff's case there was prepayment, a lockout,(breach of contract), alleged no show.

Defendants used these nonsense defenses for partial breach dismissal,  facts do not make terms

and conditions  applicable ,  terms and conditions  contain express and unambiguous language,

lack of specific breach, failure to allege responsibilities  for accommodations, and tried to use the

disclaimer as a defense, all DENIED, case went forward  for Plaintiff.

Partial Breach dismissal could have meant , no contract, no refund ,no case!

1     1.When Plaintiff was denied entrance to Hotel Five 44 and denied by Booking.com without an

2   explanation this is a combination of breach of contract ,conspiracy, fraud and discrimination, Plaintiff's

3     money was taken without service or a refund as if the Plaintiff does not matter it was a grab for

4                   money.

5     2 . Plaintiff could not enter the door without being buzzed in and that was not going to happen .

6     3.<u>Motive for Hotel Five 44 and or owners, is that Hotel 544 has at least 8 deeds, loans from</u>

7       <u>about 2011-2024 ,they are in very heavy debt, (documented).</u>

8         **4. See below--defendant found guilty of fraud and breach of contract in a hotel case**

9         *Pat Rose   Associates v. Coombe*, 225 Cal.App.3d 9, 275 Cal. Rptr. 1 (Cal. Ct. App. 1990)

10         citation

11     5.Booking. com //Booking Holdings is not new to charges and <u>being found guilty of</u>  **fraudulent**

12   **activities** – there are many more cases -**Booking .com  is a subsidiary of Booking Holdings Inc.**

13         6. Booking. com continued  with fraud by sending Plaintiff an email  on **<u>a no</u>**

14         **<u>reply email address t</u>**wo days later 7/19/2024 offering to pay part of Plaintiff's

15         bill at a hotel where Plaintiff never stayed Hotel Five 44/Booking.com were

16         responsible for finding Plaintiff a compatible hotel they did not even try. .

17         Plaintiff had already paid  Hotel Five 44/Booking.  com, they would have been

18         responsible for covering the entire bill beyond what Plaintiff had already

19         paid,offering to pay part of the bill is fraud ,again **it didn't matter** Plaintiff was

20         back at home at that point, on **<u>7/18/2024,,fraud ,breach of contract</u>**

21         **<u>discrimination again,documented</u>**

22         **7 . Where was Plaintiff suppose to have stayed from 7/17- 7/19/2024 after**

23         **being rejected by Hotel Five 44 and Booking .com, if Plaintiff had stayed the**

24         **answer is in his car for two more days  at about 15 feet from Hotel Five 44,**

1                 **at that time the trip would have been half done staying/sleeping in the car**

2                 **after paying for a hotel, <u>no humanity just profit</u> )   Plaintiff spent one night**

3                 **in the car ,staying until 7/19/24 would have  meant three days in the car.**

4

5        **8. This is the (travel fraud x 2 NYC, second situation).**Barclays Bank Delaware's

6        representative had Plaintiff fax 2 or more sheets to explain his situation knowing she

7        would do little to no investigating. Defendant Barclays Bank Delaware committed

8        fraud,defamation ,discrimination and was enriched with Plaintiff's advanced payment

9        for hotel Plaintiff did not stay in, a simple honest investigation would have revealed the

10      truth and denied payment to all three Defendants, that was not going to happen it's too

11      simple and honest something that these corporations lack.

12      9. The last time Plaintiff received a letter from Barclays Bank Delaware basically saying

13      they did not do a real investigation,  it referred Plaintiff back to Hotel Five

14      44/Booking .com after assuring Plaintiff that they totally believed Hotel Five

15      44/Booking .com (**<u>video proof</u>**) after receiving the contract stating Plaintiff booked

16      Hotel Five 44 for 7/17-7/21/2024,that was her evidence from them with no

17      investigating, that's fraud/conspiracy,where is the evidence that is required to show that

18      Plaintiff was able to fulfill the contract, there is none.

19      <u>10. On or about February 16th, 2024 Plaintiff contacted Barclay Bank Delaware</u>

20      <u>requesting investigating information concerning 7/17-7/21,2024 in which Plaintiff was</u>

21      <u>locked out of Hotel Five44 and offered no alternative hotel. Plaintiff received</u>

22      <u>information on  or about March 4, 2025, it was dated August 13,2024,Plaintiff did not</u>

23      <u>receive it on or near that date ,before or soon after Plaintiff received these questions</u>

24      <u>about his lockout at Hotel Five 44 in NYC from 7/17-7/21,2024.Plaintiff requested</u>

1    investigating information on Hotel Five 44 and Booking.com, Plaintiff received none at

2    this time and soon after Plaintiff's case was closed .

3    11.Barclays Bank Delaware never did a correct investigation of the case which is

4    required under FCRA, because it would have been investigating itself and would have

5    had to give Plaintiff his refund, a fair loss for them.

6    **12. Fraud x3/libel-** Defendant Booking. com has a statement on its website that says

7    Plaintiff completed stay at Hotel Five 44 from 7/17- 7/21/24. Plaintiff never got inside

8    the hotel ,Plaintiff was locked out, that is fraud x3,  Plaintiff has email

9    documents/photos/video proof. **Booking. Com , Barclays Bank  Delaware ,Hotel Five**

10    **44 and** Maria Khatleen M. all knew that the above statement about Plaintiff's stay is

11    false,defamation/libel

12    **COUNT VI -Conspiracy to Commit Fraud- Intentional**

13    This action is brought pursuant to **42 U.S. Code § 1985(3)**

14    In civil conspiracy, the plaintiff seeks to hold the defendant liable for an injury caused by a third party

15    who has acted in combination with the defendant for a common purpose that common purpose **here is**

16    **fraud**

17    Hotel Five 44, its owner(s),deed or loan holder(s) and Booking. com agreed to conspiracy against

18    Plaintiff on ,before and after 7/17/2024 in order to commit fraud against Plaintiff

19    1.Hotel Five 44 and Booking. com work closely together in order to make money. Hotels

20    like Hotel Five 44 use Booking. com's website to book  customers, in return hotels pay

21    Booking. com at least a 15%/percentage  fee/commission from Plaintiff' Booking. com and

22    Hotels/Hotel 544 and then Plaintiff would unfairly have to pay that total amount to the third

23    conspirator fraudster Defendant  Barclays Delaware, all denied  Plaintiff the right to a fair

24    investigation and refund .

1    Hotel Five 44 and Booking. com entered into an agreement to conspire to deny Plaintiff his right to

2       occupy a room in Hotel Five 44 and denied his dispute after prepayment in order to **defraud** the

3       Plaintiff of his prepayment funds. Also Booking. com and Barclays Bank Delaware entered into an

4       agreement to conspire to deny Plaintiff's right to have fair investigating of dispute of his complaint

5    about being locked out of the Hotel Five 44. They communicated and both completed their part of the

6    conspiracy by ignoring Plaintiff's dispute and they did not refund Plaintiff (documents), **that is fraud**

7    **and conspiracy**

8       **2.** Hotel Five 44 and Booking. com communicated before ,on 7/17/2024 and after with **Maria**

9    **Khatleen M.** Booking. com's representative,it was a very special day for the Plaintiff, his 70th year on

10    earth that's very special to Plaintiff,for the Defendants it was a regular day to ruin Plaintiff's life for

11    ever. **What was taken that day from the innocent** Plaintiff  **can never be given back. July 17, 2024**

12    **is history and is gone for eternity. Plaintiff** has not celebrated his golden 70th birthday to this day.

13          3.Plaintiff did not know that a room can be paid for and he would have to sleep in his car

14             overnight this is **purely evil ,hate and malicious at its core .**

15             **4. Hotel Five 44 and Booking. com neither checked to see or know whether I had**

16             **others with me who could have had medical or other concerns and not be equipped to**

17             **sleep in    a car with little to no food, bathroom or water.**

18          5. As a matter of fact a female friend backed out of the trip the night before, that gave me time

19    to cancel the carriage ride I had planned for us .But I did not have time to cancel parking in which I lost

20    $139+ parking was the last thing on my mind why park with no where to lay your head. Imagine

21    having two or more persons sharing plastic bottles in a car as a bathroom( **Plaintiff has video),**

22    Plaintiff doing so was too much by itself.

23          6.Hotel Five 44 and Booking. com decided that I should sleep in my car after paying them for a

24             room .The way it works according to Booking. com's **website(documented)** is Booking. com

1    collects the payment  and after Hotel Five 44 submits an invoice and some proof with Plaintiff's

2    signature then Booking. com would   receive their commission, there was no truthful

3    confirmation of hotel occupation before payments were received(fraud) Plaintiff is waiting to

4    see an invoice/ with his fake signature on it .saying that he slept in any hotel in NYC on his

5    birthday, July 17-July 21, 2024 it can never happen ,Plaintiff slept in his own car (**video proof**).

6    7. These things continue to  happen to blacks mostly no one seem to care. There is  one  case

7    where Booking. com allowed women and children to sleep on airport benches rather than in a

8    hotel room. They were sued and found guilty.

9           All Defendants knew or should have known that they were committing fraud

10    One Defendant Barclays Bank Delaware says Plaintiff was a no show as he talked to Booking.com on

11    the phone while at the door of Hotel Five 44. Defendant Booking .com says Plaintiff completed his stay

12           **from 7/17-7/21,2024, how can both be true neither is true,documented!**

13           **COUNT VII- Defamation Libel  -Slander-Intentional Tort--**

14           **(Done w/Fraud,spite,ill will intent to harm)**

15           **This action is brought pursuant to 28 U.S. Code § 4101**

16    1. Booking. com has been accused of fraud and or defamation. These Defendants has been

17    found guilty in cases  This is clearly a scheme to defraud the consumers and businesses.

18    2. Defendant Booking. com has a statement on its website that indicates Plaintiff completed a

19    stay at Hotel 544 from 7/17- 7/21/24. Plaintiff never got inside the hotel ,Plaintiff was locked

20    out, that is fraud x3 and defamation/libel intentional to inflict emotional distress and

21    disappointment. Plaintiff has email documents/photos/video proof. This information is

22    published  on their website for other potential customers and it is false and Defendants know for

23    a fact that it's false ,libel!  See-*New York Times Co. v. Sullivan*, 376 U.S. 254, 84 S. Ct. 710

24    (1964). See - *Flowers v. Carville*, 310 F.3d 1118 (9th Cir. 2002)

1    If Flowers/Plaintiff can prove this claim by clear and convincing evidence, then she/Plaintiff is

2    entitled to recover. Plaintiff has clear and convincing evidence,emails,other .

3    4.Plaintiff can prove (malice,intentional harm)Booking .com knew that the statement is false

4    and they received payment under false pretenses.

5    Barclays Bank Delaware committed <u>libel</u> by reporting in writing that Plaintiff owed them and

6    completed the July 2024 stay in NYC at Hotel Five 44 or any hotel, which is false this is on

7    websites of the three credit reporting bureaus Equifax, Experian, and Trans Union,LLC which

8    is false information that can be seen/read by credit inquirers.

9    5.. Finally when Plaintiff filed a dispute about Hotel Five44 and Booking. Com to his

10    card company Barclays Bank Delaware it became very clear that Barclays Bank Delaware

11    would and did commit fraud and conspiracy by charging Plaintiff for a service that Plaintiff did

12    not receive and showed clear evidence. None of the Defendants can show documents, photos,

13    signature, or videos of Plaintiff spending a second in Hotel Five 44 or any hotel in July 2024 at

14    anytime or anytime in 2024. Plaintiff was locked out of the hotel without a reason or alternative

15    hotel,Booking .com says Plaintiff completed stay and finally Barclays Bank Delaware said

16    Plaintiff was a no-show. **(Photos, emails, phone records,videos, EZ Pass and GPS tracking**

17    **will be presented)**

18    **COUNT VIII-FAIR CREDIT REPORTING ACT (FCRA)**

19    **Malice willful intent to injure**

20    **This action is brought pursuant to 15 U.S.C.1681 (2) b**

21    1. *.Experian (a)* On or about 12/09/2024 Experian received an updated dispute from Plaintiff

22    about information that should not be on his credit report,namely a charge of $926.69 from

23    Barclays Bank Delaware in July-August 2024 concerning a fraudulent charge for a hotel stay in

24    NYC on 7/17/2024.The email documents clearly show that the hotel said it would not

1      accommodate Plaintiff and did not provide an alternative hotel.(b) Experian.made Barclays

2      Bank Delaware aware of Plaintiff's dispute which should have started a reasonable investigation

3      it did not.    (c) Finally Barclays Bank Delaware conducted no investigation or an unreasonable

4      one which is in violation of USC 1681 (2) b Barclays Bank Delaware sent Plaintiff a copy of

5      the contract between Plaintiff /Hotel Five 44 /Booking.com, that it received from Hotel Five

6      44/Booking.com as proof  of contract fulfillment,that Plaintiff slept in Hotel 544 from 7/17-

7      7/21/2024 which is false and contradicts their email to Plaintiff stating Plaintiff would not be

8      accommodated in Hotel Five 44 ( a copy of a contract is not fulfillment) of that contract nor is it

9      a reasonable investigation to prove that Hotel Five 44 honored the contract by placing Plaintiff

10      in a room ,**proof would be receipts videos/photos/picture of photo ID/ Passport Plaintiff's**

11      **signature on contract,  being in** Hotel Five 44, **that can never happen,this means that there**

12      **is no record/.Plaintiff has video/GPS tracking/phone records/EZ Pass tracking.( Barclays**

13      **CSR told Plaintiff he was not even in NY was a no show)** <u>**Plaintiff was locked out of Hotel**</u>

14      <u>**Five 44 emails/tracking devices prove that.**</u>

15      2. <u>**Experian**</u> chose to ignore Plaintiff's proof (emails/letters) and just believed a big business

16      instead,,this is malice with intent to injure. All three CRA acted in this same manner. <u>These</u>

17      <u>fraudulent charges negatively affects Plaintiff's credit score and ability to borrow and get more</u>

18      <u>credit.</u>

19      3. Experian , Equifax and Trans Union,LLC seems to think and translate to consumers like

20      myself that they only have to do minimum investigating such as just reviewing a contract not

21      knowing or caring whether the contract was fulfilled by the  all parties/merchant.

22      4_The Fourth/Seventh/Ninth Circuits disagree    See Fourth Circuit "*Johnson v. MBNA Am.*

23      *Bank, NA,* 357 F.3d" *Gorman v. Wolpoff & Abramson, Llp*, 584 F.3d 1147, 1155 (9th Cir. 2009)

24      Concluding  that  the  statute  includes  a  requirement  that  a  furnisher's  investigation  not  be

1   **unreasonable.** Holding that a consumer has a private right of action against a furnisher of credit

2   information for willful or negligent noncompliance with the requirements in 15 U.S.C. § 1681s-

3   2(b) ,these acts were willful/negligent by all furnishers of credit information.

4   **The investigating in most cases was closed in a couple of days in favor of**

5   **merchants/furnishers of information against Plaintiff, documented**

6   5...**Equifax  (a)** On or about 12/12/2024 Experian received an updated dispute from Plaintiff

7   about information that should not be on his credit report,namely a charge of $926.69 from

8   Barclays Bank Delaware in July-August or at sometime after in 2024 concerning a fraudulent

9   charge for a hotel stay in NYC on 7/17/2024.The email documents clearly show that  the hotel

10  said it would not accommodate Plaintiff  and did not provide an alternative hotel.  **(b)**

11  Equifax .made Barclays Bank Delaware aware of Plaintiff's dispute which should have started a

12  reasonable investigation,it did not for any of the credit reporting agencies. **(c)** Finally Barclays

13  Bank Delaware conducted no investigation or an unreasonable one which is in violation of USC

14  1681 (2) b.  Barclays sent Plaintiff a copy of the contract between Plaintiff /Hotel Five 44

15  /Booking.com, that it received from Hotel Five 44/Booking.com as proof  of contract

16  fulfillment.( a copy of a contract is not fulfillment) of that contract nor is it a reasonable

17  investigation it is quite unreasonable to prove that Hotel Five 44 honored the contract by

18  placing Plaintiff in a room ,**proof would be receipts videos/photos/picture of photo ID/**

19  **Passport Plaintiff's signature on contract,**  being in Hotel Five44, **that can never**

20  **happen,this means that there is no records from Defendants .Plaintiff has video/GPS**

21  **tracking/phone records/EZ Pass tracking.( Barclays CSR told Plaintiff  she was told he**

22  **was not even in NY was a no show as told to her by Hotel Five 44/Booking.com)** Plaintiff

23  was locked out of Hotel 544 emails /videos/tracking devices prove that.

20

1    **6. Equifax** chose to ignore Plaintiff's proof (emails/letters) and just believed a big business

2    instead. These fraudulent charges negatively affects Plaintiff's credit score  dropped by at lease

3    100 points and ability to borrow and get more credit.

4    7. .**Trans Union,LLC (a)**  On or about 12/09/2024 Trans Union, LLC received an updated

5    dispute from Plaintiff about information that should not be on his credit report,namely a charge

6    of $926.69 from Barclays Bank Delaware in July-August 2024 concerning a fraudulent charge

7    for a hotel stay in NYC on 7/17/2024.The email documents clearly show that the hotel said it

8    would not accommodate Plaintiff  and did not provide an alternative hotel. **(b)** Trans

9    Union,LLC .made Barclays Bank Delaware aware of Plaintiff's dispute which should have

10   started a reasonable investigation, it did not . **(c)** Finally Barclays Bank Delaware conducted no

11   investigation or an unreasonable one which is in violation of USC 1681 (2) b Barclays Bank

12   Delaware sent Plaintiff a copy of the contract between Plaintiff /Hotel 544 /Booking.com, that it

13   received from Hotel Five 44/Booking.com as proof  of contract fulfillment.( a copy of a

14   contract is not fulfillment of that contract nor is it a reasonable investigation to prove that Hotel

15   Five 44 honored the contract by placing Plaintiff in a room  ,**proof would be receipts**

16   **videos/photos/picture of photo ID/ Passport Plaintiff's signature on contract,  being in**

17   Hotel 544, **that can never happen,this means that there is no record/.Plaintiff has**

18   **video/GPS tracking/phone records/EZ Pass tracking.( Barclays CSR told Plaintiff he was**

19   **not even in NY was a no show)** Plaintiff was locked out of Hotel Five 44 emails

20   /videos/tracking devices prove that.  These fraudulent charges negatively affects Plaintiff's

21   credit score and ability to borrow and get more credit.

22   8.. **Trans Union** chose to ignore Plaintiff's proof (emails/letters) and just believed a big

23   business instead. These fraudulent charges negatively affects Plaintiff's credit score and ability

24   to borrow and get more credit. This information is false and done **with  willful malice on the**

1    **part of the  three  credit reporting agencies Trans Union LLC, Equifax and Experian in**

2    **violation of .15 U.S.C. § 1681s-2(b)**

3    **9.** Booking .com, Barclays Bank Delaware,  and   **MARIA KHATLEEN M all allowed or**

4    **reported information to  Equifax, Experian and Trans Union,LLC that they knew or**

5    **should have known that Plaintiff completed his stay and or was a no-show was false ,that**

6    **Plaintiff stayed in Hotel Five 44 from 7/17-7/21,2024 thus allowing  the cost to show on**

7    **Plaintiff's credit report, with malicious/intent  .See pg 21 # 3 line 3-8 each committed**

8    willful or negligent noncompliance with the requirements in 15 U.S.C. § 1681s-2(b) .

9    10. **Each of the Credit Reporting Bureaus  ,Equifax, Experian, and Trans Union,LLC**

10   **were sent proof by certified mail that Plaintiff did not gain entrance to Hotel Five 44 and**

11   **was  not given a reason or alternative.(documented/emails)**

12   **11. 15 U.S.C. § 1681s-2 Section 1681s-2 - Responsibilities of furnishers of information to**

13   **consumer reporting agencies(a) Duty of furnishers of information to provide accurate**

14   **information(1) Prohibition(A) Reporting information with actual knowledge of errors**

15   A person shall not furnish any information relating to a consumer to any consumer reporting agency if
16   the person knows or has reasonable cause to believe that the information is inaccurate.

17   **(B) Reporting information after notice and confirmation of errors**

18   A person shall not furnish information relating to a consumer to any consumer reporting agency if-

19   **(i)** the person has been notified by the consumer, at the address specified by the person for such notices,
20   that specific information is inaccurate; and**(ii)** the information is, in fact, inaccurate.**(C) No address**
21   **requirement** .

22   *See* Nessen vs Barclays Bank Delaware ,et al  (2:25-cv-00107-Case involves violations of FCRA. **This**

23   **case is very similar if not identical to Plaintiff's ,case was settled.**

24                    **COUNT  IX  Conspiracy to Commit Defamation -Libel Slander**

25                    **This action is brought pursuant to 42 U.S. Code § 1985(3),**

1      In civil conspiracy, the plaintiff seeks to hold the defendant liable for an injury caused by a

2      third party who has acted in combination with the defendant for a common purpose that common

3      purpose here **is defamation/slander/libel**

4      **1. Hotel Five 44, Booking. Com, and Barclays Bank Delaware** had an  agreement to

5      conspire to defame Plaintiff by allowing false information to be on Plaintiff's credit report, if they had

6      not none would have received any money from Plaintiff. They together had to falsely say that Plaintiff

7      completed a stay in Hotel Five 44 and owed for the stay, which they knew was false for financial gain.

8      Barclays Bank Delaware had an agreement to conspire with Hotel Five 44 and Booking. com not to

9      investigating Plaintiff's dispute properly therefore all three gained financially by committing

10      ,conspiracy, fraud ,discrimination,defamation/slander/libel and or breach. Barclays CSR told  Plaintiff

11      he was not even in NYC on July,17 2024., at that time and was a no show,this is what Barclays CSR

12      told Plaintiff on the phone**, there is evidence.**

13      This is clearly conspiracy to defraud and defame, slander  done with malice. This false information is

14      on Plaintiff's credit reports as a negative mark.( **Plaintiff has access to emails, GPS/phone/car**

15      **tracking/ videos/EZ Pass toll tracking to prove where he was at all times ).**

16      2. The non-evidence  that Booking .com/Hotel Five 44   sent  to

17      Barclays/Experian/Equifax/Trans Union,LLC that  Plaintiff stayed in Hotel Five 44 is a  copy of

18      the  contract between Plaintiff and Hotel Five 44 which proves a contract, not fulfillment of the

19      contract this makes Barclays a part of fraud ,defamation,and conspiracy.  This shows that there

20      was  communication/conspiracy between the three  with the same end results one,two or all

21      committed, discrimination, ,defamation/libel/slander,breach,FCRA violations and conspiracy.

22      3. Plaintiff's room was probably rented out twice on the same day someone  got paid double(

23      **Hotel Five 44 only had 15 rooms** while Plaintiff slept in his car after prepayment for a

24      room ,if that is not malice then what is? Plaintiff never got an explanation as to why he was

1    refused entry to a room( have emails) that Plaintiff had prepaid for which guarantees a stay, it's

2    called a legal contract that contract was breached, materially with malice.

3        4.The hotel is required to confirm your stay to the booking agency by making a copy of your

4    ID/passport/signed receipt this was not a verbal contact but a written one. Without  the above

5    information .there is no way the hotel can prove I stayed with them. Plaintiff can prove that he paid for

6    a service not received. **This is (discrimination ,fraud,breach of contract,defamation/libel/slander**

7    **and conspiracy )  on the part of Hotel Five 44, Barclays, and Booking. Com to falsely enrich**

8    **themselves at the expense of Plaintiff's suffering.**

9    **5. It's simple there is no record of Plaintiff spending a single night in a NYC hotel in 7/17/2024 or**

10    **anytime in 2024( this would seem to support a no-show,again Plaintiff has phone records, GPS**

11    **tracking, EZ Pass tracking ,and phone videos of location at Hotel Five 44 .Plaintiff was ignored**

12    **and locked out at the door. Those facts make all Defendants guilty of all of the**

13    **complaints/charges. Update Defendants make it easier for Plaintiff to prove his case, Defendants**

14    **on one hand say that Plaintiff was a no show yet on Booking .com's website (documented) it**

15    **shows that Plaintiff completed his 5day/4 night stay. Only one statement can be true therefore the**

16    **other can only be false,(Plaintiff has video, phone GPS, EZ pass tracking,emails all will prove**

17    **Plaintiff was there but in fact both of their stories are FALSE.Plaintiff was locked out of Hotel**

18    **Five 44 and offered no alternative that night!)**

19    6. .Motives-most or all Defendants received  fraudulent money from the transaction and were active in

20      it, Booking. com charges at least 15% commissions ,Hotel Five 44 received about 85%  for guest

21      placement in hotel rooms. Plaintiff got to sleep in his car and returned home the next day,07/18/2024

22    instead of returning 07/21/ .Barclays Bank of Delaware got to fraudulently charge  Plaintiff when they

23      knew better, there was no investigating  legitimate proof therefore also conspiring with Booking. com

24      to defraud the Plaintiff of $926.69 , again if any of the  Defendants had done what was right and just

1    none of them would have received not even a dime. Instead  together they decided to make Plaintiff's

2    life a living hell by inflicting racial discrimination,fraud,breach of contract, conspiracy ,defamation

3    slander-libel, violation of FCRA )fair credit reporting act).   All should get their just reward!!!

**IN CONCLUSION**

**Charges**

**1.Discrimination/Conspiracy to Discriminate**

**Hotel Five 44, Booking. com, Barclays Bank Delaware**

**Maria Khatleen M., Experian,   Equifax, and Trans Union, LLC**

DOMESTIC LIMITED LIABILITY COMPANY **THE LLC, C/O MANHATTAN MANAGEMENT GROUP**

**2.   Fraud/Conspiracy to Commit Fraud**

**Hotel Five 44, Booking. com, Barclays Bank Delaware**

**Maria  Khatleen  M. ,LLC   DOMESTIC  LIMITED  LIABILITY COMPANY  THE  LLC,  C/O  MANHATTAN  MANAGEMENT GROUP**

**3  Breach of Contract/Conspiracy to Breach Contract**

**Hotel Five 44,Booking. com, Maria Khatleen M.,**

**THE LLC, C/O MANHATTAN MANAGEMENT GROUP**

**4. Defamation/Slander/Libel/ Conspiracy to commit Defamation/Slander/Libel**

**Booking. Com , Barclays Bank  Delaware**

**Maria Khatleen M., Experian,  Equifax, Trans Union,LLC**

**5. Violations of  FCRA** (15 U.S.C. § 1681s-2(b)  - **(willful violations)    15 U.S.C. § 1681s-2  Section 1681s-2**

25

1        **Trans Union LLC, Equifax, Experian, Hotel Five 44,**

2        **Booking.com, Maria Khatleen M.,Barclays Bank Delaware**

3        With inflicting racial discrimination,fraud,breach of contract,

4        conspiracy unfair/false credit reporting and defamation slander-libel,

5        **terror** , hatred ,inhumanity with deep  financial problems for Hotel

6        Five 44(documented) **and the common denominator** <u>for most or all</u>

7        <u>Defendants is unlawful financial gains</u> it's clear to see exactly what

8        happened to Plaintiff and why, there is no excuse for ruining

9        someone's right to the enjoyment of life .

10   <u>Defendants Booking.com and Barclays Bank Delaware have had judgments against them  for various</u>

11        <u>violations, breach of contract,fraud and defamation.</u>

12   (.<u>According to records Hotel Five 44/owner (s) has 8 deeds for this</u> <u>property that span from 2011 to</u>

13   <u>2024 they are</u> **in very heavy debt, documented)**  which is a very good motive for them to commit

14   unlawful criminal/civil acts.

15   <u>**We wonder how companies become number one in their industries there is nothing like personal**</u>

16   <u>**experience,some are too big to fail some are too big to care!**</u>

17   Some terms that fit this case are hate, inhumanity, apathy, evil etc, some are interchangeable.

18   Meaning when one is defined some of the others are found in the definition also these terms

19   alone are not generally unlawful, <u>maybe immoral</u>. When they are combined and acted upon

20   with discrimination, conspiracy,fraud, breach of contract , defamation,violations of FCRA (fair

21   credit reporting act)then we are here with a lawsuit/legal action!

22   To All , Good ,Good Day!

23             **PRAYER FOR RELIEF**

1  WHEREFORE, Plaintiff pray for judgment against Defendants as follows:

2  1. For general, specific, compensatory, emotional distress/disappointment,  according to proof at

3  trial, but in an amount not less than **($7,017,024) \*\*\***

4  2.  For fraudulent acts and omissions alleged herein according to proof at trial.

5  3. For punitive (proper in all counts) and exemplary damages according to proof;

6  4. .  For an award of costs of suit incurred in this action;

7  5.. For an award of Pro Se Plaintiff  fees, cost  and other expenditures incurred in connection

8  with the Federal Actions, and

9  6. <u>For Intentional Infliction of Emotional Distress</u>

10  7. For racial discrimination

11  8. For conspiracy

12  9. For defamation-libel-slander

13  10. For willful violation of FCRA  (15 U.S.C. § 1681s-2(b)  **Section 1681s-2**

14  11. For such other and further relief as the Court may deem proper.

15  <center>**DEMAND FOR JURY TRIAL**</center>

16  Plaintiffs demand trial of all issues by jury

17  DATED: 06/29/2025
   23

18  By: LEANDER FEREBEE SR
19
20  *Leander Ferebee Sr*
21  Pro Se
22
23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on  day of  23rd June, 2025 I hand delivered the foregoing to the Clerk of Court .

The foregoing will also be left with the Clerk of Court on 23rd June , 2025 to be delivered to the following Defendants by U.S. Marshall Service or other means deemed by the Clerk/Court.

**1. Booking. com (USA) Inc.(Booking. Com)**
subsidiary of Booking Holdings:
**[28 LIBERTY ST FL 29, NEW YORK, NY 10005]**

**2.MARIA KHATLEEN M.- Booking. com employee**

**28 LIBERTY ST FL 29, NEW YORK, NY 10005**

**3.Hotel Five 44**
**544 W.48th Street ,NYC 10036**

**4.**DOMESTIC LIMITED LIABILITY COMPANY
**THE LLC, C/O MANHATTAN MANAGEMENT GROUP**
**142 West 57 Street 11th FL New  NY 10019-owns 544 W.48th Street**
**and or business there-Hotel Five 44**

**5. Barclays Bank Delaware**
**125 S. West Street,Wilmington,DE 19801**
**(302) 255-8000**

**6. Experian**
**P.O. Box 4500**
**Allen TX 75013**

**7. Equifax**
**P.O. Box 740256**
**Atlanta GA 30374-0256**

**8. Trans Union, LLC**
**Consumer Dispute Center**
**P.O. Box 2000**
**Chester ,PA  19016**

**Leander Ferebee Sr., Pro Se**
**914 Chumley Road**
**Portsmouth, Va 23701**
**(757) 738-7505**
**lkflkf7@cox.net**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk DIVISION**

Leander Ferebee Sr.
_____
Plaintiff(s).

4. Domestic Limited Liability Co THE LLC / C/O    v.  1. Booking.com
Manhattan Management Co    2. Maria Khatleen M.
5. Barclays Bank Delaware    3. Hotel Five 44
6. Experian 7 Equifax
8. Trans Union    Defendant(s).

Civil Action Number: _____

**LOCAL RULE 83.1(M) CERTIFICATION**

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of _Complaint_____.
                                                              **(Title of Document)**

Leander Ferebee Sr.
_____
Name of *Pro Se* Party (Print or Type)

Leander Ferebee Sr.
_____
Signature of *Pro Se* Party

Executed on: 6/23/2025 (Date)

**OR**

The following attorney(s) prepared or assisted me in preparation of _____.
                                                                    **(Title of Document)**

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)